UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO RIVERA VALENCIA,<br><br>  Plaintiff,<br><br>  v.<br><br>PARAMEDIC BARTOLOMO, et al.,<br><br>  Defendants. | Case No. 2:18-cv-06288-DOC (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint ("SAC"), the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. On May 1, 2020, the Court received what it constues as Plaintiff Diego Rivera Valencia's ("Plaintiff") objections to the R&R. Electronic Case Filing Number ("ECF No.") 19. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

///

///

///

1       IT IS THEREFORE ORDERED that the relief sought in the SAC be DENIED and
2 that Judgment be entered dismissing this action with prejudice.

4 Dated: May 7, 2020

*David O. Carter*

HONORABLE DAVID O. CARTER
United States District Judge