JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO RIVERA VALENCIA, | Case No. 2:18-cv-06288-DOC (SHK) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| PARAMEDIC BARTOLOMO, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated:   May 7, 2020

*David O. Carter*
_____
HONORABLE  DAVID O. CARTER
United States District Judge